# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Brian David Arnold, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00121 |
| | ) | |
| vs. | ) | |
| | ) | |
| Buddy Harwood, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2018 Order.

July 9, 2018

_____

Frank G. Johns, Clerk
United States District Court